

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re P&W Sales Incorporated
and Dakota Dixon,

No. 11-21-00091-CV

* Original Mandamus Proceeding

* June 4, 2021

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has considered P&W Sales Incorporated and Dakota Dixon's motion for voluntary dismissal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, petition for writ of mandamus is dismissed.